**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JASON TEN EYCK,

                Petitioner,                  19 **CIVIL** 6924 (MKV(RWL)

      -against-                        **JUDGMENT**

WILLIAM A. LEE, SUPERINTENDENT,

                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Opinion and Order dated September 11, 2023, The Court agrees with Magistrate Judge Lehburger's conclusions and, on de novo review finds no error where Ten Eyck has objected, and indeed finds no clear error in any portion of the Report and Recommendation. As such, the Report and Recommendation is ADOPTED in full. Ten Eyck's petition for a writ of habeas corpus is DENIED in its entirety. Accordingly this case is closed.

**Dated:**  New York, New York
          September 11, 2023

                                                  **RUBY J. KRAJICK**
                                                      Clerk of Court

                    **BY:**

                                                             **Deputy Clerk**